United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHO BROS, INC.,<br>Plaintiff,<br>v.<br>AMGUARD INSURANCE COMPANY,<br>Defendant. | Case No. 3:26-cv-00651-JSC<br>**ORDER RE: NON-PARTY TRAVELER'S MOTION TO QUASH SUBPOENAS**<br>Re: Dkt. No. 22 |

Plaintiff filed this insurance coverage action against its insurer AmGuard Insurance Company following a fire that damaged Plaintiff's restaurant. Plaintiff has subpoenaed non-party Traveler's Casualty Insurance Company of America seeking documents and a deposition of Traveler's fire investigator, George Wells. Traveler's motion to quash the subpoenas came before the Court for hearing on October 22, 2026. (Dkt. No. 22.) For the reasons stated on the record, the motion is GRANTED IN PART and DENIED IN PART.

Traveler's is ordered to produce the fire investigation documents it previously produced in the subrogation action against Plaintiff along with any privilege log produced in that action for fire investigation documents. The subpoenas are otherwise quashed. If Plaintiff seeks additional information following receipt of these documents, the parties shall meet and confer **in person** and Plaintiff may re-issue the subpoenas if the parties are unable to come to an agreement regarding any outstanding issues.

This Order disposes of Docket No. 22.

**IT IS SO ORDERED.**

Dated: October 22, 2026

JACQUELINE SCOTT CORLEY
United States District Judge